# In the United States Court of Federal Claims

STATE OF MISSISSIPPI, *et al.*

          Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Consolidated
Nos. 19-231L / 19-258L
(Filed: January 29, 2020)

## ORDER

As discussed at the January 28 hearing on the government's motion to dismiss, ECF No. 9, the parties are hereby **ORDERED** to propose a joint schedule for further proceedings in this case by February 7, 2020.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge